No. 96–318. RICHARDSON ET AL. *v.* McKNIGHT. C. A. 6th Cir. [Certiorari granted, 519 U. S. 1002.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–491. INTER-MODAL RAIL EMPLOYEES ASSN. ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 9th Cir. [Certiorari granted, 519 U. S. 1003.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–651. GILBERT, PRESIDENT, EAST STROUDSBURG UNIVERSITY, ET AL. *v.* HOMAR. C. A. 3d Cir. [Certiorari granted, 519 U. S. 1052.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–5955. RICHARDS *v.* WISCONSIN. Sup. Ct. Wis. [Certiorari granted, 519 U. S. 1052.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–511. RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION ET AL. D. C. E. D. Pa. [Probable jurisdiction noted, 519 U. S. 1025.] Motion of appellees for divided argument denied.

No. 96–542. McMILLIAN *v.* MONROE COUNTY, ALABAMA. C. A. 11th Cir. [Certiorari granted, 519 U. S. 1025.] Motion of Southern States Police Benevolent Association for leave to file a brief as *amicus curiae* granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 96–1324. ZARNES *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 96–7773. IN RE BONNER. Petition for writ of habeas corpus denied.

No. 96–7613. IN RE SNIPE; and
No. 96–7730. IN RE WILLIAMS. Petitions for writs of mandamus denied.